# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 29, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

130997

MILTON O'FLYNN, as Conservator of the
Estate of DENISE O'FLYNN HODGE,
        Plaintiff-Appellant,

v

MICHIGAN DEPARTMENT OF
COMMUNITY HEALTH,
        Intervener,

and

PROGRESSIVE MICHIGAN INSURANCE
COMPANY,
        Defendant-Appellee.

SC: 130997
COA: 265826
Van Buren CC: 04-052221-NF

_____/

      On order of the Court, the application for leave to appeal the April 6, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 29, 2007

_____
Clerk

s0122